# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of C.W., a child.

M.W.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-3266

_____

April 15, 2026

Appeal from the Circuit Court for Hillsborough County; Leslie K. Schultz-Kin, Judge.

M.W., pro se.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sarah Todd Weitz, Senior Attorney, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, for Appellee Statewide Guardian ad Litem Office.

PER CURIAM.

Affirmed.

LUCAS, C.J., and ROTHSTEIN-YOUAKIM and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.